THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

MARTIN DIAZ,

        Plaintiff,

v.

MAYOR VICTOR CARSTARPHEN
et al.,

        Defendants.

Civil No. 22-7465 (RBK/SAK)

## ORDER

This matter has been raised *sua sponte* by the Court because of *pro se* Plaintiff's failure to comply with this Court's scheduling and pretrial orders; failure to appear for Court-ordered conferences on October 30, 2023 and November 9, 2023; and failure to prosecute his case. *See* ECF No. 50; and the Court having considered the Report and Recommendation submitted by the Honorable Sharon A. King, U.S.M.J., pursuant to 28 U.S.C. § 636(b)(1)(B) and (C); and the parties having been notified that they have fourteen (14) days from receipt of the Report and Recommendation to file and serve objections pursuant to L. Civ. R. 72.1(c)(2), and no objections having been received; and the Court finding that the Report and Recommendation is neither clearly erroneous, nor contrary to law; and for good cause shown,

**IT IS** on this __3d__ day of ___January___, 2024, hereby

**ORDERED** that the Report and Recommendation is **ADOPTED**; and it is further

**ORDERED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

                                    /s/ Robert B. Kugler
                                    ROBERT B. KUGLER
                                    United States District Judge